(125 So. 204)
### ARRINGTON v. STATE. (1 Div. 882.)
Court of Appeals of Alabama. Dec. 17, 1929.

See, also, post, p. 351, 125 So. 799.

C. L. Hybart, of Monroeville, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. We have read this record en banc and fail to find any evidence to justify a conviction. What other influences brought about the verdict of guilt are not disclosed by the record. Be that as it may, the law requires some evidence of *guilt* before a conviction will be permitted to stand.

The affirmative charge should have been given for defendant. The defendant's motion for a new trial should have been granted. The judgment is reversed, and the cause is remanded.

Reversed and remanded.